[No. 71164-4-I.   Division One.   December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHACON FONTANE BARBEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09711-9, Patrick H. Oishi, J., entered November 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 71956-4-I.   Division One.   December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D. DALEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06016-5, William L. Downing, J., entered May 16, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Appelwick, JJ.

[No. 72156-9-I.   Division One.   December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BEE THOW SAYKAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09308-3, Kimberley Prochnau, J., entered June 20, 2014. *Dismissed* by unpublished per curiam opinion.